IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| GENE L. BARRIS | § | |
| VS. | § | CIVIL ACTION NO.   1:24-CV-475 |
| UNITED STATES OF AMERICA | § | |

ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Gene L. Barris, a prisoner confined at the United States Penitentiary in Beaumont, Texas, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to the Federal Tort Claims Act.

The Court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. On February 9, 2026, the magistrate judge recommended granting the government's Motion to Dismiss.  To date, the parties have not filed objections to the Report and Recommendation.

The Court received and considered the Report and Recommendation of United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence.  After careful review, the Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the Report and Recommendation of the magistrate judge [Dkt. 26] is ADOPTED.  The

government's Motion to Dismiss [Dkt. 20] is GRANTED.  A final judgment will be entered in accordance with this Order.

**SIGNED this 18th day of March, 2026.**

_____

Michael J. Truncale
United States District Judge